UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**Plaintiff** Bennett Goldberg

-v-

**Defendant** Level 3 Communications LLC

Case No. 07 CIV 7841

JUDGE HOLWELL

**Rule 7.1 Statement**

RECEIVED SEP 0 5 2007 U.S.D.C. S.D.N.Y. CASHIERS

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Level 3 Communications LLC (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Level 3 Communications Inc.

**Date:** 9/5/07

Signature of Attorney

**Attorney Bar Code:** JS 5337

Form Rule7_1.pdf