AO 458 (Rev. 10/95) Appearance                                          ORIGINAL

# UNITED STATES DISTRICT COURT

Southern                    DISTRICT OF    New York

Bennett Goldberg
        Plaintiff                              **APPEARANCE**

v.

Level 3
Communications, LLC                          Case Number: 07 CV 7841 (RJH)
        Defendant


To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for    Level 3 Communications, LLC


    I certify that I am admitted to practice in this court.


9/5/07
Date

Signature: [signature]

James J. Stricker                JS5337
Print Name                       Bar Number

Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
Address

New York, NY    10019
City            State           Zip Code

(212) 506-1700          (212) 506-1800
Phone Number            Fax Number