Adam Cohn (AC 0056)
Law Offices of David K. Bowles
44 Wall Street, 12th Floor
New York, New York 10005
(212) 461-7150

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

Bennett Goldberg,

            : Case No. 07 CIVIL 7841 (S.D.N.Y.)
             (RJH)

Plaintiff,

v.

Level 3 Communications, LLC  : **NOTICE OF APPEARANCE**

Defendant

_____

To the Clerk of the Court and all parties of record:
 Enter my appearance as counsel in this case for Bennett Goldberg

I certify that I am admitted to practice in this court.

Dated: New York, New York
   November 29, 2007

            Law Offices of David K. Bowles

            By:_____
            Adam Cohn, Esq. (AC 0056)
            44 Wall Street, 12th Floor
            New York, New York 10005
            (212) 461-7150

            *Attorneys for Plaintiff*