```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/4/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

BENNETT GOLDBERG,                :       07 Civ. 07841 (RJH)
                                 :
                Plaintiff,       :
                                 :
        -against-                :       **ORDER**
                                 :
LEVEL 3 COMMUNICATIONS,          :
                                 :
                Defendant.       :
                                 :
------------------------------------------------------------x

       An pretrial motion conference shall be held on December 21, 2007, at 11:00 a.m., in the courtroom of the Honorable Richard J. Holwell, Courtroom 17B, 500 Pearl Street, New York, New York 10007.

Dated: New York, New York
December 04, 2007
SO ORDERED:

_____
Richard J. Holwell
United States District Judge