UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
BENNETT GOLDBERG,

              Plaintiff,

v.

LEVEL 3 COMMUNICATIONS, LLC,

              Defendant.
------------------------------------------------------x

07 Civ. 7841 (RJH)

JAN 10 2008

## PROPOSED JOINT SCHEDULING ORDER

    Plaintiff Bennett Goldberg and Defendant Level 3 Communications, LLC submit this Proposed Joint Scheduling Order for Defendant's Motion to Compel Arbitration. The parties agree as follows:

    Defendant's moving papers shall be filed on or before Friday, February 15, 2008.

    Plaintiff's opposition papers shall be filed on or before Wednesday, March 5, 2008.

    Defendant's reply papers shall be filed on or before Wednesday, March 12, 2008.

    Defendant's rights to move to dismiss Plaintiff's claims for failure to state a claim or for failure to plead with the required specificity are not waived based upon the filing of the Motion to Compel Arbitration, and Defendant's rights to move to dismiss at a later date on a schedule determined by the parties or the Court are hereby preserved.

Dated:      January 8, 2007
                 New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/23/08

Respectfully submitted,

By: _____
Adam Cohn, Esq. (AC - 0056)
Law Offices of David K. Bowles
One Liberty Plaza
35th Floor
New York, NY 10006
Tel.: (212) 461-7150
Fax: (866) 844-8305

Attorneys for Plaintiff
Bennett Goldberg


By: _____
James J. Stricker, Esq. (JS - 5337)
Olga Fuentes Skinner, Esq. (OF - 6956)
Kasowitz, Benson, Torres
 & Friedman LLP
1633 Broadway
New York, New York 10019-6799
Tel.: (212) 506-1700
Fax: (212) 506-1800

Attorneys for Defendant
Level 3 Communications, LLC


SO ORDERED:

_____
U.S.D.J.
1-22-08