KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
James J. Stricker (JS 5337)
Olga Fuentes Skinner (OF 6956)
1633 Broadway
New York, New York 10019-6799
Tel.: (212) 506-1700
Fax: (212) 506-1800
Attorneys for Defendant

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
BENNETT GOLDBERG,                           :
                                            :      07 Civ. 7841(RJH)
                    Plaintiff,              :
                                            :      **AFFIDAVIT OF SERVICE**
v.                                          :
                                            :
LEVEL 3 COMMUNICATIONS, LLC,                :
                                            :
                    Defendant.              :
-------------------------------------------------------------------x

OLGA FUENTES SKINNER being duly sworn, deposes and says that he is employed by Kasowitz, Benson, Torres & Friedman LLP, attorneys for defendants herein, is over the age of eighteen years and is not a party to the within action.

On the 15th day of February, 2008, deponent served a true copy of the Notice of Motion, Memorandum of Law in Support of Defendants' Motion to Compel Arbitration, and the Affidavit of James J. Stricker in Support of Motion with exhibits on plaintiff by delivering to and leaving same with plaintiff's attorneys, Bowles & Cohn LLP via electronic mail as well as hand delivery and regular U.S. mail at their offices located at One Liberty Plaza, 35th Floor, New York, NY 10006.

Dated: New York, New York
       February 15, 2008

_____
OLGA FUENTES SKINNER (OF-6956)