Adam Cohn (AC 0056)
Bowles & Cohn, LLP
One Liberty Plaza, 35thFloor
New York, New York 10006
(646) 257-5001

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Bennett Goldberg,

          Plaintiff,

    v.

Level 3 Communications, LLC
Defendant

    Case No. 07 CIVIL 7841 (S.D.N.Y.)
    (RJH)

---

## AFFIDAVIT OF BENNETT GOLDBERG IN OPPOSITION TO DEFENDANT'S MOTION TO COMPEL ARBITRATION

Bennett Goldberg, being duly sworn, hereby deposes and says:

1. I am a resident of New York with my permanent residence at 300 E. 34th Street, New York, New York, 10016.

2. Since entering into the first "Agent Services Agreement" with Broadwing Telecommunications Inc. ("Broadwing") in 2001 (the "2001 Agreement"), I have worked as a salesman of telecommunications services throughout the Unites States.

3. The arbitration provisions of the 2001 Agreement were offered to me on a take-it-or-leave-it basis; they were presented as non-negotiable aspects of the contract.

4. Likewise, the provisions limiting the liability of Broadwing for damages that result from its breach of the 2001 or 2005 Agreements, and the provisions indemnifying the parties for any liabilities that do occur (paragraphs XI and XII of the 2001 Agreement, respectively) were

presented as non-negotiable provisions of the contracts. They were not negotiated terms.

5. My attorneys have estimated that the minimum additional costs of being compelled to arbitrate my claims in Texas (as opposed to litigating here in New York) will be fifteen thousand ($15,000.00) dollars.

Dated: ~~New York, New York~~ Los Angeles California BG
~~March 5, 2008~~ March 4, 2008 BG

By: _____
Bennett Goldberg

Sworn to before me this ~~fourth~~ day of March, 2008

_____
Notary Public

JOE V. ANTONOV
COMM. #1761090
Notary Public-California
LOS ANGELES COUNTY
My Comm. Exp. Aug 11, 2011

2