Adam Cohn (AC 0056)
Bowles & Cohn, LLP
One Liberty Plaza, 35th Floor
New York, New York 10006
(646) 257-5001

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Bennett Goldberg, | Case No. 07 CIVIL 7841 (S.D.N.Y.) (RJH) |
| Plaintiff, | |
| v. | |
| Level 3 Communications, LLC | **AFFIDAVIT OF SERVICE** |
| Defendant | |

STATE OF NEW YORK   )
                    : ss.:
COUNTY OF NEW YORK  )

ADAM COHN, being duly sworn, deposes and says:

1. I am not a party to this action, am over eighteen years of age, and have an address c/o Bowles & Cohn, LLP, One Liberty Plaza, 35th Floor, New York, New York 10006.

2. On March 5, 2008, I cause a true copy of the following documents to be served by U.S. Mail:

    a. Plaintiff's Memorandum of Law in Opposition to Defendant's Motion to Compel Arbitration

    b. Affidavit of Bennett Goldberg in support of Plaintiff's Memorandum

    c. Affidavit of Adam Cohn in support of Plaintiff's Memorandum (with exhibits)

Upon:

James J. Stricker, Esq.
Kasowitz, Benson, Torres & Friedman, LLP
1633 Broadway
New York, New York  10019

Dated: New York, New York
       March 5, 2008

                                      Bowles & Cohn, LLP

                                      By: _____
                                            Adam Cohn, Esq. (AC 0056)
                                            One Liberty Plaza, 35th Floor
                                            New York, New York  10006
                                            (646) 257-5001

                                            *Attorneys for Plaintiff*