KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
James J. Stricker (JS 5337)
Olga Fuentes Skinner (OF 6956)
1633 Broadway
New York, New York 10019-6799
Tel.: (212) 506-1700
Fax: (212) 506-1800
Attorneys for Defendant

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
BENNETT GOLDBERG,                              :
                                               :   07 Civ. 7841(RJH)
                Plaintiff,                     :
                                               :   **AFFIDAVIT OF SERVICE**
v.                                             :
                                               :
LEVEL 3 COMMUNICATIONS, LLC,                   :
                                               :
                Defendant.                     :
-------------------------------------------------------------x

     OLGA FUENTES SKINNER being duly sworn, deposes and says that he is employed by Kasowitz, Benson, Torres & Friedman LLP, attorneys for defendants herein, is over the age of eighteen years and is not a party to the within action.

     On the 12th day of March, 2008, deponent served a true copy of the Reply Memorandum of Law in Support of Defendants' Motion to Compel Arbitration by delivering to and leaving same with plaintiff's attorneys, Bowles & Cohn LLP via electronic mail as well as hand delivery and regular U.S. mail at their offices located at One Liberty Plaza, 35th Floor, New York, NY 10006.

Dated: New York, New York
         March 12, 2008

                                                  OLGA FUENTES SKINNER (OF-6956)