UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BENNETT GOLDBERG,

                Plaintiff,

-against-

LEVEL 3 COMMUNICATIONS, LLC,

                Defendant.

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/28/08

07 Civ. 7841 (RJH)

**ORDER**

      The parties are directed to appear for argument on defendant's motion to compel arbitration on July 10, 2008, at 3:00 p.m. in the courtroom of the Honorable Richard J. Holwell, Courtroom 17B, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated: New York, New York
       May 21, 2008

                                      Richard J. Holwell
                                  United States District Judge