UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/14/08
```

BENNETT GOLDBERG,

                         Plaintiff,

-against-

LEVEL 3 COMMUNICATIONS, LLC,

                         Defendant.

07 Civ. 7841 (RJH)

**ORDER**

For the reasons stated on the record at hearing held on July 10, 2008, defendant's motion to compel arbitration [8] is granted. This action shall be stayed pending completion of arbitration. The parties shall notify the Court within thirty days of the completion of the arbitral proceedings.

SO ORDERED.

Dated: New York, New York
         July 10, 2008

                                                             Richard J. Holwell
                                               United States District Judge